## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**STEVEN SALDARRIA,**

        **Plaintiff,**

v.                                            **Case No: 6:21-cv-1784-PGB-DCI**

**I.C. SYSTEM, INC.,**

        **Defendant.**
_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of October 27, 2021 directing counsel to file a Notice of Pendency of Other Actions and to file a Certificate of Interested Persons and Corporate Disclosure Statement. Therefore, it is

**ORDERED** that the plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on December 1, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record