## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**STEVEN SALDARRIA,**

**Plaintiff,**

**v.**                                                    **Case No: 6:21-cv-1784-PGB-DCI**

**I.C. SYSTEM, INC.,**

**Defendant.**

_____/

## ORDER

This cause is before the Court on the Case Management Report filed by the parties (Doc. 9). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator within fourteen (14) days from the date of this Order.

**DONE AND ORDERED** in Orlando, Florida on December 6, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties