UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:21-cv-01784-PGB-DCI

STEVEN SALDARRIAGA,

      Plaintiff,

v.

I.C. SYSTEM, INC.

      Defendant.

_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Steven Saldarriaga ("Plaintiff") submits this Response to the Order to Show Cause [D.E. 8] (the "Show Cause Order") issued by this Court on December 01, 2021.

1.    On October 4, 2021, Plaintiff sued Defendant I.C. Systems, Inc. ("Defendant") in County Court, in and for Orange County, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(b), under the Hunstein framework.

2.    On October 25, 2021, Defendant removed Plaintiff's case to this Court. *See generally* D.E. 1.

3.    On October 27, 2021, this Court issued the Initial Order Re: Case Management and Deadlines [D.E. 3] (the "Initial Order") governing this case,

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

whereby this Court directed Plaintiff to, *among other things*, file Certificates of Interested Persons and Notice of Related Cases on or before November 10, 2021.

4.      Due to *clerical error*, Plaintiff inadvertently overlooked the deadlines set by Initial Order with respect to the timing of Certificates of Interested Persons and Notice of Related Cases.

5.      On December 01, 2021, this Court issued the Show Cause Order the subject of this Response due to Plaintiff's oversight of the Initial Order.

6.      Pursuant to the Show Cause Order, this Court directed Plaintiff to "SHOW CAUSE and file a response to said Order" on or before December 14, 2021. *See* D.E. 8.

7.      On December 01, 2021, upon learning of inadvertent oversight by way of the Show Cause Order, Plaintiff filed the requisite Certificates of Interested Persons [D.E. 10] and Notice of Related Cases [D.E. 11].

8.      Plaintiff, respectfully, apologies to this Court for Plaintiff's inadvertent failure to timely file Certificates of Interested Persons and Notice of Related Cases pursuant to the Initial Order. Due to *clerical error*, Plaintiff inadvertently overlooked the Initial Order and the applicable deadlines therein.

9.      As of this filing, Plaintiff has since complied with the Initial Order, *see* D.E. 10 (*Plaintiff's Certificates of Interested Persons*; D.E. 11 (*Plaintiff's Notice of Related Cases*).

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

10.     Plaintiff, respectfully, asks that this Court excuse Plaintiff's inadvertent oversight caused by *clerical error* and to allow Plaintiff to continue the prosecution of this case without delay.

Dated: December 14, 2021

Respectfully Submitted,

 /s/ Thomas J. Patti
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:  jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:  tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:      855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 14, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com