IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:21-CV-01784

**STEVEN SALDARRIA,**
   **Plaintiff**

vs.

**I.C. SYSTEM, INC.,**
   **Defendant.**
_____/

**JOINT RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW, Plaintiff, Steven Saldarria ("**Saldarria**") and Defendant I.C. System Inc.("**ICS**") (collectively referred to as ("**Parties**") by and through its undersigned counsel, submits this Response to the Court's Order to Show Cause [Doc. 20]:

1.   On January 5, 2022, the Court issued an Order [Doc. 19] granting the Defendant's Unopposed Motion to Stay the instant matter pending the Eleventh Circuit's en banc rehearing on *Hunstein*. The order also directed the parties to file a status report every 30 days. *See* Doc. 19.

2.   On February 9, 2022, the Court entered an Order to Show Cause why the parties had failed to file a status report. *See* Doc. 20.

3.   Oddly and unfortunately, neither Defendant's counsel's office nor Plaintiff's counsel's office calendared the status report requirement once the matter was stayed.

4. The failure to calendar was unintentional. The undersigned recognize and acknowledge it was a joint responsibility to ensure a status report be timely filed and apologize to the Court for the mistake.

5. The Parties have now filed a Joint Status Report (See Doc. 21) and will continue to do so every 30 days from the date of the original order on January 5, 2022, as required.

6. In light of the foregoing, the Parties respectfully request this court not impose any sanctions on either party or its counsel.

WHEREFORE, the Parties file this response and respectfully request this Court not enter sanctions against them for the mistake in failing to calendar.

Respectfully submitted by:

 /s/ Sangeeta Spengler
Sangeeta Spengler, ESQ.
Florida Bar No.: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
Phone: (813) 251-5500
Fax: (813) 251-3675
spspenger@gsgfirm.com
Counsel for Defendant


 /s/Thomas Patti
Thomas Patti Esq.
Florida bar No.: 118377
**Law Offices of Jibreal Hindi**
110 SE 6th Street
Suite 1744
Ft. Lauderdale, FL 33301
tom@jibreallaw.com
Counsel For Plaintiff